NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Shakeer Rahman (3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010, 323-546-9236)
Jacob Loup (400 Corporate Pointe, Suite 300, Culver City, California 90230, 347-391-5009)
Thomas B. Harvey (365 E. Avenida de Los Arboles #226, Thousand Oaks, California 91360, 805-768-4440)
Akeeb Dami Animashaun (355 S. Grand Ave, Suite 2450, Los Angeles, California 90071, 929-266-3971)

ATTORNEY(S) FOR:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Violet Graham

Plaintiff(s),

v.

Riverside County

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Violet Graham or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
| --- | --- |
| Violet Graham | Plaintiff |
| Riverside County | Defendant |

September 2, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Violet Graham